## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Todd H. CRAWFORD, Respondent.

## No. 91 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 7, 1995.

### ORDER

PER CURIAM:

AND NOW, this 7th day of February, 1995, there having been filed with this Court by Todd H. Crawford his verified Statement of Resignation dated January 3, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Todd H. Crawford be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that

he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.

■

## In the Matter of George E. GOLDSTEIN.

## No. 394, Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Feb. 7, 1995.

### PETITION FOR REINSTATEMENT

### ORDER

PER CURIAM:

AND NOW, this 7th day of February, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 28, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.